# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Jeremy Cioe, individually and on behalf of all others similarly situated, Plaintiff<br><br>v.<br><br>Sprint Nextel Corp. et al. | Case Number:    07cv99999<br>                           (temp.)<br>FILED: MAY 25, 2008<br>08CV3039          LI<br>JUDGE MANNING<br>MAGISTRATE   JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| |
|---|
| NAME (Type or print)<br>Ilan Chorowsky |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/Ilan Chorowsky |
| FIRM   Of Counsel, Progressive Law Group LLC |
| STREET ADDRESS   1130 N. Dearborn Street, Suite 3110 |
| CITY/STATE/ZIP   Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| Ill. Reg. # 6269534 | 312-643-5893 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO **X** |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |