# United States District Court for the Northern District of Illinois

Case Number: 08CV3039            Assigned/Issued By: DAJ

Judge Name: MANNING            Designated Magistrate Judge: SCHENKIER

## FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____            Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

## ISSUANCES

☑ Summons                            ☐ Alias Summons

☐ Third Party Summons                ☐ Lis Pendens

☐ Non Wage Garnishment Summons       ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

_1_ Original and _1_ copies on _05/28/08_ as to _SPRINT NEXTEL CORP._
                                    (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05