IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEREMY CIOE, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 08 CV 3039 |
| SPRINT NEXTEL CORPORATION and DOES 1-20, ) ) ) ) | Judge Manning<br>Magistrate Judge Schenkier |
| Defendants. ) ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that Plaintiff, by and through his attorneys, hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Respectfully submitted,

JEREMY CIOE

By:   /s/ Ilan Chorowsky
Ilan Chorowsky
**Progressive Law Group LLC**
222 W. Ontario, Suite 310
Chicago, IL 60610
(312) 787-2717 (voice)
Ill. Reg. #6269534

Frank Jablonski (Wis. S.B.N. #1000174)
**Progressive Law Group LLC**
354 W. Main Street
Madison, WI 53703
(608) 258-8511 (voice)
*pro hac vice application to be filed*

***Attorneys for Plaintiff***

2

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on August 8, 2008, he caused a copy of the foregoing Notice of Voluntary Dismissal to be served upon the named Defendants in this action consistent with Federal Rules of Civil Procedure and/or by means accepted by the Defendants.

                                              /s/ Ilan Chorowsky
                                                  Ilan Chorowsky